UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

U.S.A.

vs.

Travis N Thomas

~~CITATION~~ / CASE NO. 5 05-mj-47 TAG

**ORDER TO PAY** & Judgment

~~SOCIAL SECURITY #:~~
~~DATE OF BIRTH:~~
~~DRIVER'S LICENSE #:~~
ADDRESS: _____ Inyo County _____
         City       State       ~~Zip Code~~

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.
DATE: 11/15/05         [signature] Esq Atty for
                       DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

~~CITATION~~/ CASE NO: 5 05-mj- 47 TAG   FINE $400.00   ASGMT. $10.00
~~CITATION / CASE NO:~~ _____           FINE _____   ASGMT. _____

(✓) **FINE TOTAL** of $ 400.00 _____ and a penalty assessment of $ 10.00 within _____
30 (days)/~~months~~ or payments of $ _____ per month, commencing _____
and due on the _____ of each month until paid in full.
( ) **RESTITUTION** _____
( ) **COMMUNITY SERVICE** _____ with fees not to exceed $ _____
to be completed by _____ with proof mailed to the Clerk of the Court.
( ) **TRAFFIC SCHOOL BY:** _____ with proof mailed to _____
( ) **PROBATION** to be unsupervised / supervised for: _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

~~CENTRAL VIOLATIONS BUREAU
P.O. BOX 740026
Atlanta, GA 30374-0026
1-800-827-2982~~

~~CLERK, USDC
501 "I" St., #1200
Sacramento, CA 95814~~

(CLERK, USDC
1130 O Street, Rm 5000
Fresno, CA 93721)

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATE: 11/15/05         for [signature]
Clerk's Office                U.S. MAGISTRATE JUDGE

EDCA - 03 Rev 8/97